IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAIDS ON CALL, LLC, a Connecticut limited liability company;  MAIDS ON CALL II, LLC, a Massachusetts limited liability company; TIMOTHY SCUSSEL, an individual; MARYANN SCUSSEL, an individual; SARA ROCK, an individual; and STACEY GARON, an individual;<br><br>                Plaintiffs,<br><br>  vs.<br><br>OHIO SECURITY INSURANCE COMPANY, a New Hampshire corporation;<br><br>                Defendant,<br><br>OHIO CASUALTY INSURANCE COMPANY,<br><br>                Intervenor. | 8:17CV252<br><br>JUDGMENT |

In accordance with the accompanying Memorandum and Order:

IT IS ORDERED:

1. Plaintiffs' Motion for Partial Summary Judgment, ECF No. 11, is denied;

2. The Motions for Summary Judgment, ECF Nos. 31 and 36, filed by Defendant Ohio Security Insurance Company and Third Party Plaintiff Ohio Casualty Insurance Company, respectively, are granted;

3. The Objection to Supplemental Authority, ECF No. 44, is overruled as moot; and

4. This case is dismissed, with prejudice.

Dated this 2nd day of January, 2018.

                                        BY THE COURT:

                                      s/Laurie Smith Camp
                                      Chief United States District Judge